```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRACEMARIE VENTICINQUE, individually :
and on behalf of a class of similarly situated :
persons, :
 :
                           Plaintiff, : 22-CV-7497 (VEC)
      -against- :
 : ORDER
 :
BACK TO NATURE FOODS COMPANY, LLC, :
 :
                          Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2022, the parties appeared for their initial pretrial conference.

IT IS HEREBY ORDERED that, as discussed at the hearing, Defendant's anticipated motion to dismiss is due by no later than **December 2, 2022**; Plaintiff's deadline to oppose or amend is **January 9, 2023**. If Plaintiff opposes the motion, then Defendant's reply deadline is **January 23, 2023**.

IT IS FURTHER ORDERED that all discovery deadlines in this case are STAYED pending a decision on Defendant's motion to dismiss.

**SO ORDERED.**

Date:  November 18, 2022
         New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**