**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GRACEMARIE VENTICINQUE, individually
and on behalf of a class of similarly situated
persons,

                    Plaintiff,

-against-                                    22 **CIVIL** 7497 (VEC)

                                                  **<u>JUDGMENT</u>**

BACK TO NATURE FOODS COMPANY, LLC,

                    Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2023, Defendants' motion is GRANTED; Plaintiff's claims are DISMISSED with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 8, 2023

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                             **BY:**
                                                 _____
                                                          **Deputy Clerk**