USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

GRACEMARIE VENTICINQUE, individually and on behalf of a class of similarly situated persons,

                          Plaintiff,

              -against-

BACK TO NATURE FOODS COMPANY, LLC,

                         Defendant.

------------------------------------------------------------- X

22-CV-7497 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties appeared before the Court for an Initial Pretrial Conference on September 27, 2024.

IT IS HEREBY ORDERED that the Court will enter the case management plan by separate order.

IT IS FURTHER ORDERED that the parties must provide joint monthly discovery updates on the fifteenth of every month, or on the first business day thereafter, with the first report due no later than November 15, 2024.

IT IS FURTHER ORDERED that the parties must meet and confer and agree on an ESI protocol with terms and custodians by no later than December 1, 2024.

**SO ORDERED.**

Date: September 27, 2024
      New York, New York

                                               _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**