USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GRACEMARIE VENTICINQUE, individually     :
and on behalf of a class of similarly situated     :
persons,     :
     :
                               Plaintiff,     :          22-CV-7497 (VEC)
           -against-     :
     :          ORDER
     :
BACK TO NATURE FOODS COMPANY, LLC,     :
     :
                               Defendant.     :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2025, the parties called the Court regarding a discovery

dispute and Plaintiff's anticipated motion to strike.

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on

**March 14, 2025** at **11:30 A.M.**  All parties must attend by dialing 1-855-244-8681 and using the

access code 2316 138 5290.  If prompted to give a "business code," please ignore the prompt. All

attendees are advised to mute their phones when not speaking and to self-identify each time they

speak. There will be a court reporter on the call.

**SO ORDERED.**

**Date:  March 11, 2025**                          _____
**           New York, New York**                          **VALERIE CAPRONI**
                                          **United States District Judge**