```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRACEMARIE VENTICINQUE, individually  :
and on behalf of a class of similarly situated    :
persons,                                                                    :
                                                                                   :
                                               Plaintiff,           :        22-CV-7497 (VEC)
                    -against-                                         :
                                                                                   :        ORDER
                                                                                   :
BACK TO NATURE FOODS COMPANY, LLC,   :
                                                                                   :
                                               Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a teleconference on March 14, 2025 regarding a discovery dispute.

IT IS HEREBY ORDERED that the parties must meet and confer on ESI search terms.

IT IS FURTHER ORDERED that the parties must submit a joint letter by **March 28, 2025** outlining the following:

- Whether the parties have reached an agreement on search terms. If the parties have not agreed on search terms, then they must include their respective positions in the joint letter.
- Whether the parties have reached an agreement on cut off dates for discoverable information.
- Whether the parties have reached an agreement on the product ingredient documents.
- Whether the parties have reached an agreement on documents relevant to target demographics.
- Whether the parties have reached an agreement on how to provide information regarding an identification of Defendant's competitors.
- Defendant is ordered to make more fulsome disclosures on employees with relevant information. Whether Defendant has done so must be included in the letter.
- Whether the parties have reached an agreement regarding Plaintiff's interrogatory relating to the time periods that certain labels were used on Defendant's product.

IT IS FURTHER ORDERED that Plaintiff's motion to strike, if any, must be filed by **April 25, 2025**; Defendant's response is due **May 23, 2025**; Plaintiff's reply is due **June 6, 2025**.

**SO ORDERED.**

**Date:  March 14, 2025**
      **New York, New York**

                                  **VALERIE CAPRONI**
                                 **United States District Judge**