USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GRACEMARIE VENTICINQUE, individually :
and on behalf of a class of similarly situated :
persons, :
 :
                                Plaintiff, :    22-CV-7497 (VEC)
       -against- :
 :    <u>ORDER</u>
 :
BACK TO NATURE FOODS COMPANY, LLC, :
 :
                              Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 10, 2025, Plaintiff emailed chambers regarding a discovery dispute.

    IT IS HEREBY ORDERED that the parties appear before the Court for a conference **July 8, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: June 12, 2025**
       **New York, New York**                                    **VALERIE CAPRONI**
                                                             **United States District Judge**