UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACEMARIE VENTICINQUE, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>BACK TO NATURE FOODS COMPANY, LLC<br><br>    Defendants. | Case No: 1:22-cv-07497-VEC<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff Gracemarie Venticinque and Defendant Back to Nature Foods Company, LLC hereby notify the Court the parties have reached a settlement in principle and are in the process of finalizing an agreement. The parties respectfully submit this notice in lieu of the July 15, 2025 joint status report. A stipulation of dismissal pursuant to Federal Civil Procedure Rule 41 will be forthcoming.

DATED:  July 14, 2025

                                        Respectfully submitted,


                                        By:  /s/ *Michael Reese*
                                        Michael Reese
                                        REESE LLP

                                        *Attorneys for Plaintiff Gracemarie Venticinque*


                                        By:  /s/ *David Kwasniewski*
                                        David Kwasniewski
                                        BRAUNHAGEY & BORDEN LLP

                                        *Attorneys for Defendant Back to Nature Foods Company, LLC*